Certificate Number: 05781-MA-DE-041276775

Bankruptcy Case Number: 26-11110



05781-MA-DE-041276775

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2026, at 11:08 o'clock AM PDT, Qin Li completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   August 2, 2026                         By:        /s/Allison M Geving

Name:   Allison M Geving

Title:   President